

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2015

No. 04-15-00204-CR

Robert **RODRIGUEZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-0979-CR-A
Honorable Gary L. Steel, Judge Presiding

## O R D E R

Appellant's brief was due July 22, 2015, but was not filed. The clerk of this court notified appellant's counsel, Susan Lee Schoon, of the deficiency by letter dated July 24, 2015. *See* TEX. R. APP. P. 38.8(b)(2). The letter required appellant to respond in writing within ten days, explaining why the brief has not been filed and demonstrating that counsel has taken affirmative steps to prepare and file the brief. The letter further advised counsel that if an adequate response was not timely filed, the court would abate the appeal for an abandonment hearing in the trial court. We have received no response.

Therefore, pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellant Procedure, we rendered an order on August 6, 2015, abating the appeal, remanding the case to the trial court and ordering the trial court to conduct a hearing to determine (1) whether appellant desires to prosecute his appeal, and (2) whether counsel has abandoned the appeal. *Id.* We further ordered the trial court to make findings of fact and conclusions of law, and the court reporter and district clerk to filed records based thereon.

However, on August 10, 2015, four days after our order, appellant's counsel filed a motion for extension of time, explaining her failure to file the brief and asking for additional time in which to file it. Accordingly, we **ORDER** our August 6, 2015 order withdraw, the abatement lifted, and advise the trial court that it need not conduct the previously ordered hearing — and, of course, neither the clerk nor the reporter will need to prepare any records based thereon. In addition, after reviewing appellant's motion for extension of time to file appellant's brief, we **GRANT** the motion and **ORDER** appellant to file appellant's brief on or before September 8, 2015 — appellant requested until September 7, 2015, but that day is a holiday.

We **order** the clerk of this court to serve a copy of this order on the trial court, all counsel, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court

